UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Worldwide Recycling Equipment Sales, LLC** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) ) | Case No. 4:13CV01037 JAR |
| **The Cincinnati Casualty Company** | ) ) ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on May 30, 2013 and assigned to the Honorable John A. Ross.   Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:13cv00047 SPM.   The Honorable Shirely P. Mensah will preside.

Case No. 4:13cv01037 JAR is hereby administratively closed.

Dated this 31st day of May, 2013.

James G. Woodward, Clerk of Court

by: /s/ Katie Spurgeon, Deputy in Charge

Please refer to Case No. **2:13cv00047 SPM** in all future matters concerning this case.